AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

COLONY INSURANCE COMPANY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV322-003

ALAN BAGGETT and KIMBERLY HOWELL,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 1, 2022, granting Plaintiff's Motion for Summary Judgment, judgment is hereby entered in favor of Plaintiff, Colony Insurance Company and against Defendants, Alan Baggett and Kimberly Howell. This case stands closed.

8/1/2022  
Date

John E. Triplett  
Clerk

*(signature)*  
(By) Deputy Clerk

GAS Rev 10/1/03